UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS KNICKMEYER,<br><br>                        Plaintiff,<br>v.<br>STATE OF NEVADA,<br><br>                        Defendant. | Case No. 2:14-cv-00231-JCM-PAL<br><br>ORDER<br><br>(Mot Ext Disc – Dkt. #28) |

Before the court is Plaintiff's Motion to Extend the Discovery Deadline and Scheduling Order Dates (Dkt. #28). Plaintiff requests a 45-day extension of the discovery plan and scheduling order deadlines.

The parties previously requested and received an extension of the discovery cutoff from September 30, 2014, to January 20, 2015. However, in the interim, the Plaintiff was involved in a separate arbitration challenging his employment termination. Although the arbitration occurred in September 2014, the final decision was not entered until late-November 2014. As a result, the parties did not complete discovery. Plaintiff previously scheduled the deposition of Lieutenant Steve Moody for January 7, 2015. However, the court reporter was ill and the deposition was cancelled. Plaintiff intends to take the deposition of Lieutenant Moody, Edward May, Bob Bennett, and possibly one to two other depositions of Eighth Judicial District Court employees. Plaintiff has answered Defendant's interrogatories and document requests and Defendant has answered Plaintiff's request for production of documents, but a second set of requests is outstanding. Plaintiff requested that Defendant stipulate to a discovery extension, but did not receive a response at the time this motion was filed. As Plaintiff was only seeking a 45-day extension to complete discovery, the motion was filed without waiting for Defendant's response so that the period would not run while the motion was under submission.

1  Having reviewed and considered the matter, the court will grant the request for a 45-day
2  extension without waiting for a response to avoid the delay that briefing would entail. However,
3  the parties are advised that no further extensions will be allowed absent an unforeseen
4  emergency which precludes the parties from completing the discovery within the extended time
5  allowed.

6  **IT IS ORDERED** that Plaintiff's Motion to Extend the Discovery Deadline and
7  Scheduling Order Dates (Dkt. #28) is **GRANTED** and the deadlines are extended 45 days as
8  follows:

9  1. Last date to complete discovery: **March 9, 2015**.
10 2. Last date to file dispositive motions: **April 8, 2015.**
11 3. Last date to file the joint pretrial order: **May 8, 2015**. In the event dispositive
12    motions are filed, the date for filing the joint pretrial order shall be suspended until 30
13    days after a decision of the dispositive motions.
14 4. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall
15    be included in the pretrial order.
16 5. No further extensions will be allowed absent an unforeseen emergency that precludes
17    the parties from completing the discovery within the extended time allowed.
18 DATED this 12th day of January, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2