1  KIRK T. KENNEDY, ESQ.
   Nevada Bar No: 5032
2  815 S. Casino Center Blvd.
   Las Vegas, NV 89101
3  (702) 385-5534
   Attorney for Plaintiff
4
                    **UNITED STATES DISTRICT COURT**
5
                        **DISTRICT OF NEVADA**
6
7  THOMAS KNICKMEYER,                )          2:14-cv-00231-JCM-PAL
                                      )
8          Plaintiff,                 )
                                      )
   vs.                                )
9                                     )
   STATE OF NEVADA ex rel. EIGHTH     )
10 JUDICIAL DISTRICT COURT,           )
                                      )
11         Defendant.                 )
   _____    )
12

13       **STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO**

14       **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

15                        **(FIRST REQUEST)**

16       IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff,

17 THOMAS KNICKMEYER, by and through his undersigned counsel, KIRK T.

18 KENNEDY, ESQ., and the Defendant, STATE OF NEVADA, ex rel. EIGHTH

19 JUDICIAL DISTRICT COURT, by and through its undersigned counsel, FREDERICK

20 J. PERDOMO, Deputy Attorney General, that the Plaintiff's response to the Defendant's

21 motion for summary judgment, Dock.# 41, is due June 21, 2015 and the parties agree to

22 extend the time for the filing of the response to July 17, 2015.

23       The parties also stipulate that the time for the Defendant's reply shall be

24 extended to August 14, 2015.

25       This Stipulation is entered into because Counsel for the Plaintiff needs additional

26 time to research and prepare his response to the Defendant's pending motion.

27

28

                                    1

This is the first request for an extension of time for the filing of the Plaintiff's response to the Defendant's motion for summary judgment.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702)385-5534
Attorney for Plaintiff

/s/Frederick J. Perdomo
FREDERICK J. PERDOMO
Deputy Attorney General
100 N. Carson St.
Carson City, NV 89701
(775)684-1250
Attorney for Defendant

Dated: 6/10/15

Dated: 6/10/2015

## **ORDER**

IT IS SO ORDERED.

Dated June 11, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

2