ADAM PAUL LAXALT
Attorney General
FREDERICK J. PERDOMO
Senior Deputy Attorney General
Nevada Bar No. 10714
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1250
Email:  fperdomo@ag.nv.gov

*Attorneys for Defendant State of Nevada*
*ex rel. Eighth Judicial District Court*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS KNICKMEYER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA *ex rel.* EIGHTH JUDICIAL DISTRICT COURT; et al.,<br><br>　　　　Defendants. | Case No.: 2:14-cv-00231-JCM-PAL<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

　　　　This matter came before the Court on Defendant, State of Nevada ex rel. Eighth Judicial District Court's (Defendant), Motion for Summary Judgment, filed on May 29, 2015. Defendant was represented by Adam Paul Laxalt, Attorney General of the State of Nevada, and Frederick J. Perdomo, Senior Deputy Attorney General.  Plaintiff, Thomas Knickmeyer (Plaintiff), was represented by Kirk T. Kennedy, Esq.

　　　　Defendant's Motion for Summary Judgment was fully briefed with Plaintiff filing an Opposition to Defendant's Motion for Summary Judgment on August 7, 2015, and Defendant filing a Reply in support of Motion for Summary Judgment on September 21, 2015.  The Court, having reviewed Defendant's Motion for Summary Judgment and the related briefing and exhibits and being fully advised of the matters contained therein, granted Defendant's Motion for Summary Judgment in a written Order, filed March 24, 2016.

/ / /

Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff in this action.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant shall have 14 days from entry of this judgment to file its bill of costs and motion for attorneys' fees.

Dated April 12, 2016.

_____
UNITED STATES DISTRICT JUDGE
James C. Mahan

SUBMITTED BY:
ADAM PAUL LAXALT
Attorney General

_____
FREDERICK J. PERDOMO
Senior Deputy Attorney General
Nevada Bar No. 10714
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1250
E-Mail: fperdomo@ag.nv.gov
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify I am an employee of the Office of the Attorney General, State of Nevada, and that on this 11th day of April, 2016, I caused to be served a copy of the foregoing **[PROPOSED] JUDGMENT IN A CIVIL CASE**, by U.S. District Court CM/CFE Electronic Filing to:

Kirk T. Kennedy, Esq.
815 S. Casino Center Blvd.
Las Vegas, NV 89101

*Attorney for Plaintiff*

_____
An employee of the
Office of the Attorney General